IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOEL MILES WHITE,<br><br>                Plaintiff,<br><br>vs.<br><br>JIM SALMONSEN, CHRIS LAMB, CARRIE WALSTED, and D. JOHNSON,<br><br>                Defendants. | CV 25–18–H–DWM<br><br>ORDER |

Plaintiff Joel Miles White, a state prisoner proceeding without counsel, has filed a civil rights complaint under 42 U.S.C. § 1983, alleging violations of his constitutional rights while he was incarcerated at Montana State Prison. (Docs. 1, 2.) More specifically, White alleges that he was deprived of due process during an internal disciplinary proceeding in which he was found to have a dirty UA. (*See generally,* Doc. 2.) The Defendants were ordered to answer, (Doc. 6), and filed a motion to dismiss on May 8, 2025, (Doc. 8). To date, White has not responded to that motion.

Accordingly, IT IS ORDERED that White must file his response in opposition, if any, on or before **June 30, 2025**. If he fails to do so, the Court may resolve the pending motion on the merits with no further notice to White.

1

Alternatively, the case may be dismissed for failure to prosecute with no further notice to White. *See* Fed. R. Civ. P. 41(b).

DATED this 12 day of June, 2025.

Donald W. Molloy, District Judge
United States District Court